UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERMAN LEE BARTON, JR.,

                Plaintiff,

v.

LAKE WHATCOM RESIDENTIAL AND TREATMENT CENTER,

                Defendant.

CASE NO. C17-0861-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP), but failed to complete the Written Consent for Payment of Costs portion of the form. (*See* Dkt. 1 at 2.) Plaintiff is directed to submit a revised and completed IFP application within **twenty (20) days** of the date of this Minute Order. Failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

DATED this 28th day of June, 2017.

                WILLIAM M. MCCOOL, Clerk

              By:   s/ Sharita Tolliver
                      Deputy Clerk