UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERMAN LEE BARTON, JR.,

                Plaintiff,

v.

LAKE WHATCOM RESIDENTIAL AND TREATMENT CENTER,

                Defendant.

CASE NO. C17-0861-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff submitted an amended application to proceed *in forma pauperis* (IFP), but again failed to complete the Written Consent for Payment of Costs portion of the form. (*See* Dkt. 4 at 2.) Plaintiff must both print his name and sign and date the written consent portion of the form. Plaintiff is directed to submit a revised and completed amended IFP application within **twenty (20) days** of the date of this Minute Order. Failure to comply with this directive will result in denial of the application to proceed IFP, and may result in dismissal of this matter.

DATED this 10th day of July, 2017.

                WILLIAM M. MCCOOL, Clerk

                By:    s/ Sharita Tolliver
                          Deputy Clerk

MINUTE ORDER
PAGE - 1