UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERMAN LEE BARTON, JR., )
)
      Plaintiff, ) Case No. C17-861RSL
)
  v. )
)
LAKE WHATCOM RESIDENTIAL )
AND TREATMENT CENTER, ) ORDER OF REFERENCE
)
      Defendant. )
_____)

The Court hereby refers plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. #8) to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), to issue an amended Report & Recommendation in light of plaintiff's "amended" filing. Because Magistrate Judge Theiler will issue an amended Report and Recommendation, the Clerk of the Court shall remove the current Report and Recommendation (Dkt. #7) from the motions calendar.

DATED this 10th day of August, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE