UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMAN LEE BARTON, JR., <br> Plaintiff, <br> v. <br> LAKE WHATCOM RESIDENTIAL AND TREATMENT CENTER, <br> Defendant. | No. C17-0861RSL <br><br> ORDER OF DISMISSAL |

On August 14, 2017, the Court accepted for filing plaintiff's complaint alleging that the Lake Whatcom Residential and Treatment Center is overcharging his community health plan for the services he is receiving. The Court, having reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2), found the complaint deficient and ordered plaintiff to file an amended complaint establishing this Court's jurisdiction by September 18, 2017. No amended complaint having been filed, the above-captioned matter is hereby DISMISSED.

Dated this 29th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL